STATE OF CONNECTICUT *v.* VIOLA CRUMBLE

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 57, is denied.

*John R. Williams,* in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided March 14, 1991

MICHAEL C. RUOTOLO *v.* BOYER REALTY MANAGEMENT, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 806, is denied.

*Michael C. Ruotolo,* pro se, in support of the petition.

Decided March 14, 1991

STATE OF CONNECTICUT *v.* JEFFREY MEMBRINO

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 811, is denied.

*A. Paul Spinella,* in support of the petition.

*Rita M. Shair,* deputy assistant state's attorney, in opposition.

Decided March 14, 1991

ABF FREIGHT SYSTEM, INC. *v.* EDWARD OCHMAN

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 812, is denied.

*Gregory P. Lynch,* in support of the petition.

*Richard J. Shapiro,* in opposition.

Decided March 14, 1991